**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 827 MAL 2016

                             Respondent   :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court
                v.                   :

DURANT J. JOHNSON,               :

                             Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.